NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAFAEL IGLESIAS CASTELLANOS,
a/k/a RAFAEL AN IGLESIAS
CASTELLANOS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-2059

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Jason M. Wandner of Jason M. Wandner,
P.A., Miami, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.